# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00745-CV

**In Re Matthew Whitman**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Matthew Whitman has filed his petition for writ of habeas corpus. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed the record provided and relator's complaints, we deny the petition for writ of habeas corpus.

 

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Waldrop

Filed:   December 1, 2006